# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIELLE REIMANN,
                    Appellant,
            vs.
LESLIE MARK STOVALL D/B/A
STOVALL & ASSOCIATES,
                    Respondent.

No. 69716

**FILED**

JUN 2 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is an appeal from a district court order adjudicating an attorney's lien. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

When our initial review of the docketing statement and documents submitted to this court revealed potential jurisdictional defects, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it was not clear whether appellant was aggrieved by the challenged order and thus had standing to challenge it on appeal. *See* NRAP 3A(a) (allowing an appeal to be filed by an aggrieved party; *Valley Bank of Nevada v. Ginsburg*, 110 Nev. 440, 874 P.2d 729 (1994) (defining an aggrieved party). It also appeared that the notice of appeal was prematurely filed after the filing of a NRAP 4(a)(4) tolling motion seeking reconsideration but before that motion was formally resolved in a written order. *See* NRAP 4(a)(6); *AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 245 P.3d 1190 (2010).

In response, appellant contends that she is aggrieved by the challenged order and that the motion for reconsideration was not a tolling motion. Appellant's motion for reconsideration was "in writing, timely filed, state[d] its grounds with particularity, and 'request[ed] a substantive

alteration of the judgment, not merely the correction of a clerical error, or relief of a type wholly collateral to the judgment." *AA Primo*, 126 Nev. at 585, 245 P.3d at 1195. The motion is thus accorded tolling effect pursuant to NRAP 4(a)(4)(C). *Id.* Accordingly, even assuming appellant is aggrieved by the challenged order and it is substantively appealable, we lack jurisdiction over this appeal because the notice of appeal was prematurely filed, *see* NRAP 4(a)(6), and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:     Hon. Ronald J. Israel, District Judge
        Injury Lawyers of Nevada
        Stovall & Associates
        Eighth District Court Clerk